IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR245 |
| vs. | ) | |
| | ) | ORDER |
| LAMONT CLAYBORN and | ) | |
| RAYMOND COOPER CLARK, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue trial [61] filed by Lamont Clayborn. The movant has file an affidavit or declaration regarding speedy trial, as required by the Local Rules of Practice. For good cause shown,

**IT IS ORDERED** that the motion [61] is granted, as follows:

1. The trial of this matter is continued to **March 25, 2008** as to all remaining defendants.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **March 4, 2008 and March 25, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED January 17, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**