IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CR245 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| LAMONT CLAYBORN, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Continue Plea [100] due to defendant's pending case in another district. Good cause being shown, the motion will be granted.

IT IS ORDERED:

1. That the defendant's Motion to Continue Plea [100] is granted; and

2. That the Change of Plea hearing is continued to **January 15, 2009** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **October 28, 2008** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 28th day of October, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge